UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 2:24-cr-00141-cr |
| ) | |
| JOSHUA HARTNESS, ) | |
| Defendant. ) | |

## INDEX OF EXHIBITS

Exhibit A:    Letter of Support from Ashley Parusa, sister of Joshua Hartness.

Exhibit B:    Letter of Support from Dana Hartness, father of Joshua Hartness.

Exhibit C:    Letter of Support from Debra Thompson, friend of Joshua Hartness.

Exhibit D:    Letter of Support from Kevin Johnson, friend of Joshua Hartness.

Exhibit E:    Letter of Support from Kristin Hartness, sister of Joshua Hartness.

Exhibit F:    Letter of Support from Natalie Olinger, fiancée of Joshua Hartness.

Exhibit G:    Letter of Support from Tim Menard, friend of Joshua Hartness.

Exhibit H:    Edovo Transcript, Cheshire County Department of Corrections, NH.

Exhibit I:    Edovo Certificates of Completion, Cheshire County Department of Corrections, NH.