

October 10, 2025

Dear Judge Reiss:

My name is Ashley Parusa, and I am one of Joshua's two sisters.  After working in the aquarium industry for 20+ years I now run my own business caring for aquariums owned by restaurants, hospitals, and private individuals.

Joshua is and always has been very supportive of people, trying to help when needed; be it words of encouragement, a shoulder to cry on, an ear to listen, a few bucks to help you get by or just being there as a friend.

Josh and I have always been close, supporting each other in school, sports, work choices, everyday decisions, bigger life choices.  I moved a lot for my job as a marine biologist.  Starting in Florida, then to Massachusetts, New Jersey (where I stayed for 10yrs) back to Massachusetts, New York, Toronto, CA and finally South Carolina.  He made sure to visit me in each of these locations, sometimes to "approve" of my new neighborhood and other times just to say Hi.   When I lived in New Jersey he visited more often, as this was a drive-able trip.  After teaching me to golf during one visit I was surprised with a golf club in the mail the following week.  He has always been supportive/encouraging of me trying new things in any way he can.  At this point in my life, I didn't have a lot of extra money to spend on new hobbies, but since I lived on a golf course the driving range was free and Josh knew that the gift of the club would mean I could continue to explore this new hobby.

Joshua called often when I was away at school, started a new job, moved into a new apartment or a new state.  He called to talk, but sometimes it was just to be there.  More than once we watched the same movie, in our respective locations, while just holding the phones and occasionally commenting on the movie.  It was nice to know someone was there, even if they couldn't be there physically.

Joshua has always shown qualities of diligence, and determination.  After he broke his back, rock-climbing, he had to work hard both physically and mentally to return to life as normal.  He achieved his Eagle Scout status through years of boy scouts and his individual project.

I do believe he is willing and capable of recovering from this as well. I noticed he has been using this time to look inward and discover new things about himself – taking classes (yoga, painting, culinary, counseling, etc.) to expand his knowledge and experiences. All to better himself and to grow as a person.

I do not know the details of what he has been accused of, but I do know that I have always been happy and proud to call Joshua my brother. We have always been a close family, supporting each other the best ways we can. This situation will prove no different as we will support him however necessary.

Thank you for taking the time to read and consider my words.

Respectfully –

Ashley Parusa