**EXHIBIT B**

October 4, 2025

Dear Judge Reiss:

I am Dana M. Hartness, father of Joshua Hartness. His mother and I raised him and his two sisters and we have remained in very close contact with him and his sisters throughout their adulthoods. (My wife passed away in July following her diagnosis two years ago of variant Creutzfeldt-Jakob Disease (vCJD), a rare, fatal brain disease.) Throughout his life, Josh did not cause problems for either of us, as he has always been a quiet individual and good student, who has tried to be helpful to other people and always made us very proud.

For many years, Josh was very active in the Boy Scouts, belonging to a troop which participated in monthly outdoor hikes and camping experiences, and ventured to Ontario's parks during the summers. As he rose in the Scouting ranks, Josh assumed increasingly responsible positions of leadership and responsibility, and he showed a real knack for leading by example and for teaching the younger Scouts many outdoor skills. He ultimately achieved the rank of Eagle Scout, following his Eagle Project of planning, organizing and leading others in a complete restoration of Veteran memorials throughout the town of Leicester, Massachusetts.

Our family has many veterans of the military and law enforcement. (I am a retired U.S. Army Master Sergeant with fifteen years' experience as an intelligence analyst.) Our family environment was partially responsible, in my opinion, for Josh's development of a strong sense of duty and respect for tradition that led him to a career in the U.S. Border Patrol, where he served honorably for the past fifteen years while posted along the Canadian border.

I do not know the details of Josh's crime. I do know that he does not have a hurtful bone in his body. For what it may be worth, I am certain that any images that were on his phone were not going to shared with other persons in any way.

One of the principles that my wife and I instilled in our kids is that failure is not fatal, that with the help of friends and family and one's own determination, falling down does not mean that one has to stay down. Josh is now at the lowest point of his life. But he has recovered from the mental and physical injuries that he suffered in a serious climbing accident some 25 years ago; he has witnessed one sister's brave lifetime efforts of dealing with multiple sclerosis, including her nationwide efforts advocating for the rights, privileges and responsibilities of service dogs; and he has seen his other sister recover from the effects of a stingray's strike to her leg. Josh knows that he has been many challenges ahead, and he knows that success requires diligence and persistence. He has demonstrated those qualities throughout his life, and he will be up to the challenge. My point is that I know that my son is going to once again be a positive member of his local community and our society at large. To the extent that incarceration promotes rehabilitation, Josh will take full advantage of it. When he emerges, I and his sisters, and his

friends, including the two other Eagle Scouts who came to his rescue and likely saved his life after the fall, are going to be here for him again. What's done is done. We shall move on from here.

Thank you for considering my words, Your Honor.

Respectfully,

*Dana M Hartness*

MSG Dana M. Hartness, USAR (Ret.)