Debra Thompson

October 27, 2025

Burlington U.S. District Court
11 Elmwood Ave
Burlington, VT 05401

RE: Joshua M. Hartness

Dear Judge Christina Reiss,

I am writing to provide a character reference for Joshua M. Hartness, who is scheduled to appear before your court on December 15, 2025. I have known Joshua for 9 years as a friend, neighbor and colleague in public safety, having previously served as a 911 emergency dispatcher for the Town of Colebrook, New Hampshire.

In my experience, Joshua consistently demonstrates honesty, reliability, compassion and an incredible work ethic. He approaches challenges with diligence and composure, always striving to perform at the highest level. As a Federal Border Patrol Agent, Joshua has earned respect for his professionalism and dedication to duty. He takes great pride in his career and has worked hard to become a highly trained and trusted member of his team.

I am aware of the charges Joshua currently faces, and I believe this situation is uncharacteristic of the person I have known for nearly a decade. Joshua has always shown a deep respect for the law, his community and the responsibilities of his position. His actions and decisions reflect integrity, and I have no doubt he will continue to uphold these values moving forward.

Based on my personal knowledge of Josh's character and his meaningful contributions to our community and country. I respectfully ask that the Court consider his positive attributes and consistent conduct when making its sentencing decision.

Thank you for your time and consideration.

Sincerely,

*Debra Thompson*

Debra Thompson