**EXHIBIT D**

To Whom it May Concern,

I am writing this letter in support of Joshua Hartness, whom I have known for approximately 40 years as a friend. During this time, I have come to know him as a person of integrity, kindness, and responsibility.

Josh has been one of my closest friends since we first met in cub scouts when we were five. Since that time, we have gone through school together, hung out socially together, gone on vacation together, and both became Eagle Scouts in the Boy Scouts. As a scout we had to depend on each other, support others, learned important values to live by and participated in a good deal of volunteer work and community service. In his position with the Border Patrol, he worked to protect the community and make it a safer place for all of us. This speaks volumes about his character.

While I understand the seriousness of the charges brought against Josh, I believe this situation does not reflect the true character of the person I know and have grown up with. I am confident that this has had a profound impact on him and he will use this experience to grow as a person.

I respectfully ask the court to consider Josh's character and the positive contributions he has made to the community and the people who have known him over the course of his life.

Thank you for your time and consideration.


Sincerely,


Kevin G. Johnson

Lifelong Friend