EXHIBIT

E

November 1, 2025

Dear Judge Reiss,

My name is Kristin Hartness. I am the Executive Director of a small nonprofit that serves people with disabilities using service dogs, specializing in children and students. I have Multiple Sclerosis (38 years), use a service dog for stability (24 years) and am Joshua Hartness's oldest sibling.

I am 8 ½ years older than Joshua and have had the gift to watch him try things, build friendships, develop a strong need to help others in addition to argue with him, cheer him on, irritate him, be irritated by and love him as only a big sister can.

Growing up we were encouraged to make choices that not only benefited us but helped others as well. Joshua took this to heart. He always was aware of those around him and looked to make sure people were included in activities.

Joshua has shared limited information about the charges, his plea and what lead him to the choices he made. I have not asked him for details.

It was hard to hear he had been arrested. This was something I could never have imaged. I struggle to align the person I know with the person who has accepted responsibility for actions contrary to the law.

Joshua believes in following the rules. He believes in using the structures found in business and government to have a strong society. He believes in using the rules to right wrongs and change systems.

Joshua cares deeply about those around him. He pursued work that allowed him to use skills and values he learned at home, Scouts (becoming and Eagle Scout), and church. The stories he shared over the past 16 years of working as a Border Patrol Officer where of helping people or the disappointment in himself, when he could not. Providing water to a person found after spending a night, or longer, hiding after crossing the border; walking with a child who was brought across the border and left without resources; in stories like these I saw my brother's desire to treat people with respect even when they were on opposite sides of the laws. This is something I saw in Joshua as a teenager when he waited to ask a girl to prom to be sure all the girls who wanted to attend had a date and see even now, in this time of trial when he helped a fellow inmate to improve his English.

Joshua's dry sense of humor and reserved personality can make it difficult for people to experience the generous person inside. He can appear defensive or standoffish. He protects his emotions. He does not want others to know when he is hurt. He wants others to know they can count on him to support them and protect them. He has always been there when friends and family need him. He is thoughtful in his giving and wants to protect those he cares about.

Conversations I have had with Joshua over the past several months are exposing changes in him that I did not expect. He has become aware that no matter how sure you are the right things is not the right thing to everyone. He is looking at himself with new eyes. He expressed to me he was unware that people could perceive him to be abrasive or arrogant. He told me he thought he was simply stating information or sharing facts. Joshua has engaged me in conversation about poetry. He has asked me to read drafts of his writing and reflected on my feedback. He is stepping out of his comfort zone to experience all the opportunities provided to him at the facilities he is in. Painting, literary discussion, physical exercise, yoga, counseling are a few of the things he has tried. I know he will continue to use everything he can to learn and expand himself so that he will be a better person when this period is over.

Joshua has solid ideas of what he would like to happen when he is released. He has also come to accept that a plan can be more of a guideline and needs more flexibility than he previously thought. He communicates more. He has expressed gratitude for little things. He has requested assistance to accomplish desires on his behalf, such as asking me to support his fiancé as she relocates in Massachusetts.

I have been asked how/if I will support Joshua on his release as he rebuilds his life. The unhesitating answer is yes.

The details of how will not be specific until I understand what he will need when released. I want him to live with his fiancé. I will do all I can to make sure he has a warm, loving home to come to. Exactly where that will be I do not know but I will help once I know what his release restrictions are: within specific states? Counties? Close to or away from listed businesses?

I will help to assure he has food. I will assist in getting him to interviews, counseling, etc.

I will continue to keep Joshua in my prayers and will always love and support him emotionally.

I do not think Joshua will be a repeat offender. I think Joshua will use what his has learned to be a better person while keeping his core values.

I ask for your leniency and respect your decision.

Sincerely,

Kristin Hartness