November 04, 2025

Dear Judge Reiss,

    My name is Natalie Olinger, and I work as a first responder for the Commonwealth of Massachusetts as an EMT. Joshua is my fiancé, and we have been together for over 5 years now; following his arrest in late March, my life has been in disarray due to his absence. He is an integral part of my life, not only for his love, but also for his resilience and level-headed approach to living. Josh has always been the one to ground me during times of intense stress and, without fail, will continue to remind me of the good in this world, even while behind bars. No matter the circumstance, he remains relatively positive and adapts to whatever hardships he encounters with good intentions in mind. Even as a dedicated border patrol agent, he would go to any lengths necessary to treat even the worst criminals respectfully and humanely with each apprehension. Josh has always been and will forever be a role model to the people he encounters in life, from friends and family to lovers; his goal of being the good in the world started with his help with the family daycare, his work throughout his youth as a scout, his brief venture in healthcare as a pharmacy technician doing what's right by his patients, and his lifelong commitment to being an upstanding godfather. He stands out amongst most as a bright light and someone who will do anything to support others in need.

    I do acknowledge the severity of the crime he has pleaded guilty to, and I understand the route the courts have taken in terms of handling said crime that has been committed. Josh is in no way perfect —just like anyone else, he is riddled with flaws. Unfortunately, this is a mistake that will follow him for the rest of his life, and he is paying the price now, with his life and time in a cell, using whatever tools the jails offer him to further enhance his potential to be great outside of those concrete walls. During his incarceration, however, and the adversities that accompany such a tragedy, our bond

has only grown. His incarceration has given me the opportunity to be a rock to him, as he has been to me for many years, and through this revelation, we have discovered so much more about each other than we previously thought. Incarceration has only made him a stronger person and has helped him appreciate life outside more so than ever. Throughout his time inside, he has picked up painting, creative writing, cardio-based exercise, and much-needed reflection on his actions and life overall while also helping others with their time inside as well. No matter what is decided, hopefully with leniency graciously considered and with the right rehabilitative programs at his disposal, along with the immeasurable support from his friends, family, and I, he will prevail once again and find ways to give back to his community, as he has before and will continue to do for the rest of his life.

-Sincerely, Natalie Olinger

