**EXHIBIT G**

**Timothy Menard**

[redacted]

10/29/2025

**Dear Honorable Judge Reiss,**

My name is Timothy Menard and I am writing this letter in support of my friend, Joshua Hartness who is currently before the court. I have known Josh for almost 40 years and I consider him to be a person of good character and integrity.

Josh and I grew up together playing soccer, going camping and hiking. We were very active in the boy scouts and became eagle scouts together. We continue to take golf trips and always try to align visits back to our childhood homes at the same time to catch up.

Throughout our friendship, I have consistently found Josh to be very intelligent, honest, respectful, and compassionate. He has always conducted himself in a thoughtful and responsible manner and is someone who cares deeply about doing the right thing.

I am aware of the seriousness of the matter currently before the court. However, I believe that this situation is not representative of who Josh truly is. I firmly believe that this experience has been a wake-up call, and I am confident that his time served is punishment enough and he is ready to start a new chapter in his life. One that will be the most challenging, but with a different perspective and appreciation.

I respectfully ask the court to take this letter into consideration when making any decisions. I have no doubt that Josh is committed to making positive changes and deserves an opportunity to do so.

Thank you for your time and understanding.

Sincerely,
**Timothy Menard**

*Timothy D Menard*